IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHINA PACIFIC PROPERTY INSURANCE CO., LTD. | § § § | |
| *vs*. | § § | C.A. NO. H – 15 – 888 |
| DALIAN SUNTIME INTERNATIONAL TRANSPORTATION CO., LTD., *et al*. | § § § § | |

*UNOPPOSED MOTION FOR ENTRY OF DEFAULT*

TO THE HONORABLE GRAY H. MILLER:

Under Fed.R.Civ.P. 55(a), Plaintiff asks the Court to order entry of default against Defendant Dalian Suntime International Transportation Co., Ltd. ("Dalian"):

1. On April 6, 2015, Plaintiff filed the complaint. (Doc. No. 1).

2. On May 12, 2015, Plaintiff served a summons and a copy of the complaint upon Dalian by serving the Texas Secretary of State. (Doc. No. 7)

3. On May 15, 2015, the Texas Secretary of State sent the summons and complaint to Dalian by U.S. Certified Mail. *Id*.

4. On June 15, 2015, the process was returned to the Texas Secretary of State, "Bearing the Notation: Return, Refused."

5. Dalian has failed to appear. The time for Dalian to answer or otherwise respond to Plaintiff's complaint has passed; Fed.R.Civ.P.12(a)(1)(A), 55(a).

6. Plaintiff accordingly asks the Court to:

   (a) Grant this motion;

   (b) Conclude as a matter of law that Plaintiff is entitled to entry of default against Dalian;

   (c) Grant Plaintiff default judgment against Dalian as to liability only;

   (d) Grant Plaintiff leave, in due course, to present evidence of its damages and, upon consideration of that evidence, grant Plaintiff a final judgment against Dalian; and,

   (e) Grant Plaintiff all other relief to which it justly and equitably may be entitled.

Respectfully submitted,

*SHARPE & OLIVER, L.L.P.*

By _/s/ Robert C. Oliver_

Robert C. Oliver
State Bar No. 15255700
S. D. Texas No. 886
5535 Memorial Drive, Suite F570
Houston, Texas 77007
Telephone:   (713) 864–2221
Facsimile:    (713) 864–2228

OF COUNSEL:

R. M. Sharpe, Jr.
State Bar No. 18129000
S. D. Texas No. 889

                                            ATTORNEYS FOR PLAINTIFF

## Certificate of Conference

I consulted opposing counsel and Defendant AllTrans Port Trucking, Inc. opposes the granting of this motion.

_____
Robert C. Oliver

## *Certificate of Service*

Per Local Rule 5.5 and on August 7, 2015, I served this motion and the accompanying proposed order upon Defendant Dalian Suntime International Transportation Co., Ltd. by registered mail, return receipt requested. On the same date, I served this motion and the accompanying proposed order upon Defendant AllTrans Port Trucking, Inc. by its attorney of record, by CM/ECF.

_____
Robert C. Oliver